UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND EUGENE LLOYD, JR.,

        Petitioner,           No. 08-CV-14232

vs.            Hon. Gerald E. Rosen

THOMAS K. BELL,

        Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
<u>DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION</u>

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        May 13, 2011

        PRESENT:  Honorable Gerald E. Rosen
                         Chief Judge, United States District Court

        This matter having come before the Court on the March 10, 2011 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Plaintiff's petition for a writ of habeas corpus and that this case, accordingly, be dismissed; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed;[1] and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having

---

[1] By Order entered on the parties' stipulation on March 29, 2011, the parties were granted an extension of time until April 25, 2011 to file objections to the Magistrate Judge's Report and Recommendation. However, as of the date of this Order, no objections have been filed.

concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of June 15, 2010 **[Dkt. # 22]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and hereby is **DENIED** and the above-captioned case, therefore, is **DISMISSED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED.**

IT IS FURTHER ORDERED that leave to appeal *in forma pauperis* is **DENIED**.


                    s/Gerald E. Rosen  
                    Chief Judge, United States District Court

Dated: May 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 13, 2011, by electronic and/or ordinary mail.

                    s/Ruth A. Gunther  
                    Case Manager